**STATE OF MINNESOTA**

WARRANT No. 81964825

115335301
DEPARTMENT OF HUMAN SERVICES
P.O. BOX 64583
ST. PAUL, MN 55164-0583

RECEIVED
BY MAIL
JUL 02 2021
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

WAYNE C NICOLAISON
1111 HIGHWAY 73
MOOSE LAKE, MN 55767-9452

NAME: WAYNE C NICOLAISON
1111 HIGHWAY 73

MOOSE LAKE, MN 55767-9452

CASE: 00291975 06/01/21
Reason: Regular Grants $105.00
Account:

Transaction Nbr: 115335301

Benefit Period
From Date: 06/01/21 To Date: 06/30/21
Assistance Program: Individual GA

SCANNED
JUL 02 2021
U.S. DISTRICT COURT MPLS

DO NOT CASH THIS CHECK UNTIL THE 1ST DAY OF THE MONTH.

DETACH ALONG PERFORATION



# MN DHS-Direct Care and Treatment

## Avatar CFMS ACCOUNT STATEMENT

*ALL TRANSACTIONS FROM 4/30/2021 TO 5/31/2021*

Report Developed By: YMA

**ACCT NUMBER:** 12399P6 **ACCT STATUS:** Open **ACCT TYPE:** Personal

**ACCT DESC:** MSOP **ACCT END DATE:** **ACCT CLOSED DESC:**

**CLIENT NAME:** Nicolaison,Wayne Carl **INTEREST TYPE:** INTEREST BEARING

**LOCATION:** MSOP 6-FO02-UNIT B-ML **BEGINNING BALANCE:** 11.09

| DATE | | DEPOSITS AND CREDITS | WITHDRAWAL | PAYEE TRANSACTION DETAILS | BALANCE | AVAILABLE BALANCE | CHECK # RECEIPT # WITHDRAWAL # |
|---|---|---|---|---|---|---|---|
| 2021-04-30 | INT100 - INTEREST | 0.01 | | APRIL INTEREST | 11.10 | 11.10 | // |
| 2021-05-04 | WDL104 - WITHDRAWAL-POSTAGE | | -0.51 | POSTAGE | 10.59 | 10.59 | // |
| 2021-05-06 | WDL104 - WITHDRAWAL-POSTAGE | | -0.51 | POSTAGE | 10.08 | 10.08 | // |
| 2021-05-06 | WDL104 - WITHDRAWAL-POSTAGE | | -0.51 | POSTAGE | 9.57 | 9.57 | // |
| 2021-05-06 | WDL104 - WITHDRAWAL-POSTAGE | | -0.51 | POSTAGE | 9.06 | 9.06 | // |
| 2021-05-10 | DEP102 - DEPOSIT-CHECK | 105.00 | | ST OF MN GA CK | 114.06 | 114.06 | /81947632/ |
| 2021-05-10 | WDL100 - WITHDRAWAL | | -5.00 | SCRIP | 109.06 | 109.06 | // |
| 2021-05-11 | WDL104 - WITHDRAWAL-POSTAGE | | -0.51 | POSTAGE | 108.55 | 108.55 | // |
| 2021-05-11 | WDL104 - WITHDRAWAL-POSTAGE | | -0.51 | POSTAGE | 108.04 | 108.04 | // |
| 2021-05-11 | WDL108 - WITHDRAWAL-TKCCANTEEN | | -50.00 | MY CONNECTION HUB | 58.04 | 58.04 | // |
| 2021-05-12 | WDL100 - WITHDRAWAL | | -3.50 | COPIES/HIMS/ML | 54.54 | 54.54 | // |
| 2021-05-17 | DEP102 - DEPOSIT-CHECK | 26.89 | | WALKENHORSTS CK | 81.43 | 81.43 | /555803/ |
| 2021-05-17 | WDL100 - WITHDRAWAL | | -5.00 | SCRIP | 76.43 | 76.43 | // |
| 2021-05-19 | WDL100 - WITHDRAWAL | | -13.18 | QTLY MEAL | 63.25 | 63.25 | // |
| 2021-05-20 | WDL104 - WITHDRAWAL-POSTAGE | | -0.51 | POSTAGE | 62.74 | 62.74 | // |
| 2021-05-24 | WDL100 - WITHDRAWAL | | -1.50 | HIMS/COPIES | 61.24 | 61.24 | // |



# MN DHS-Direct Care and Treatment

## Avatar CFMS ACCOUNT STATEMENT

*ALL TRANSACTIONS FROM 4/30/2021 TO 5/31/2021*

Report Developed By: YMA

| | |
|---|---|
| **AMOUNT OF HOLD:** | 0.00 |
| **ENDING BALANCE:** | 61.24 |
| **ENDING AVAILABLE FUNDS:** | 61.24 |

 

# MN DHS-Direct Care and Treatment

## Avatar CFMS ACCOUNT STATEMENT

*ALL TRANSACTIONS FROM 3/31/2021 TO 4/30/2021*

Report Developed By: YMA

**ACCT NUMBER:** 12399P6 **ACCT STATUS:** Open **ACCT TYPE:** Personal

**ACCT DESC:** MSOP **ACCT END DATE:** **ACCT CLOSED DESC:**

**CLIENT NAME:** Nicolaison,Wayne Carl **INTEREST TYPE:** INTEREST BEARING

**LOCATION:** MSOP 6-FO02-UNIT B-ML **BEGINNING BALANCE:** 25.72

| DATE | | DEPOSITS AND CREDITS | WITHDRAWAL | PAYEE TRANSACTION DETAILS | BALANCE | AVAILABLE BALANCE | CHECK # RECEIPT # WITHDRAWAL # |
|---|---|---|---|---|---|---|---|
| 2021-03-31 | INT100 - INTEREST | 0.01 | | MARCH INTEREST | 25.73 | 25.73 | // |
| 2021-04-05 | DEP102 - DEPOSIT-CHECK | 105.00 | | ST OF MN GA CK | 130.73 | 130.73 | /81929751/ |
| 2021-04-06 | WDL104 - WITHDRAWAL-POSTAGE | | -0.51 | POSTAGE | 130.22 | 130.22 | // |
| 2021-04-07 | WDL104 - WITHDRAWAL-POSTAGE | | -0.51 | POSTAGE | 129.71 | 129.71 | // |
| 2021-04-07 | WDL102 - WITHDRAWAL-CHECK | | -59.89 | CLICKII PAYMENT/ORDER | 69.82 | 69.82 | 189989// |
| 2021-04-08 | WDL104 - WITHDRAWAL-POSTAGE | | -0.51 | POSTAGE | 69.31 | 69.31 | // |
| 2021-04-13 | WDL108 - WITHDRAWAL-TKCCANTEEN | | -10.00 | MY CONNECTION HUB | 59.31 | 59.31 | // |
| 2021-04-15 | WDL104 - WITHDRAWAL-POSTAGE | | -0.51 | POSTAGE | 58.80 | 58.80 | // |
| 2021-04-19 | WDL100 - WITHDRAWAL | | -10.00 | SCRIP | 48.80 | 48.80 | // |
| 2021-04-20 | WDL100 - WITHDRAWAL | | -4.00 | COPIES/HIMS/ML | 44.80 | 44.80 | // |
| 2021-04-22 | WDL104 - WITHDRAWAL-POSTAGE | | -0.51 | POSTAGE | 44.29 | 44.29 | // |
| 2021-04-22 | WDL104 - WITHDRAWAL-POSTAGE | | -1.80 | POSTAGE | 42.49 | 42.49 | // |
| 2021-04-22 | WDL104 - WITHDRAWAL-POSTAGE | | -1.40 | POSTAGE | 41.09 | 41.09 | // |
| 2021-04-28 | WDL108 - WITHDRAWAL-TKCCANTEEN | | -30.00 | MY CONNECTION HUB | 11.09 | 11.09 | // |

**AMOUNT OF HOLD:** 0.00

**ENDING BALANCE:** 11.09

**ENDING AVAILABLE FUNDS:** 11.09

11.09
105.00
$11.09



# MN DHS-Direct Care and Treatment

## Avatar CFMS ACCOUNT STATEMENT

*ALL TRANSACTIONS FROM 2/28/2021 TO 3/31/2021*

Report Developed By: YMA

**ACCT NUMBER:** 12399P6 **ACCT STATUS:** Open **ACCT TYPE:** Personal

**ACCT DESC:** MSOP **ACCT END DATE:** **ACCT CLOSED DESC:**

**CLIENT NAME:** Nicolaison,Wayne Carl **INTEREST TYPE:** INTEREST BEARING

**LOCATION:** MSOP 6-FO02-UNIT B-ML **BEGINNING BALANCE:** 4.58

| DATE | | DEPOSITS AND CREDITS | WITHDRAWAL | PAYEE<br>TRANSACTION DETAILS | BALANCE | AVAILABLE BALANCE | CHECK #<br>RECEIPT #<br>WITHDRAWAL # |
|---|---|---|---|---|---|---|---|
| 2021-02-28 | INT100 - INTEREST | 0.01 | | FEBRUARY INTEREST | 4.59 | 4.59 | // |
| 2021-03-02 | WDL104 - WITHDRAWAL-POSTAGE | | -0.71 | POSTAGE | 3.88 | 3.88 | // |
| 2021-03-08 | DEP102 - DEPOSIT-CHECK | 105.00 | | ST OF MN GA CK | 108.88 | 108.88 | /81911758/ |
| 2021-03-08 | WDL100 - WITHDRAWAL | | -10.00 | SCRIP | 98.88 | 98.88 | // |
| 2021-03-09 | WDL104 - WITHDRAWAL-POSTAGE | | -0.51 | POSTAGE | 98.37 | 98.37 | // |
| 2021-03-10 | WDL102 - WITHDRAWAL-CHECK | | -26.89 | WALKENHORST'S<br>ORDER | 71.48 | 71.48 | 189410// |
| 2021-03-15 | DEP102 - DEPOSIT-CHECK | 14.75 | | JACK L MARCUS CK | 86.23 | 86.23 | /455200/ |
| 2021-03-16 | WDL104 - WITHDRAWAL-POSTAGE | | -0.51 | POSTAGE | 85.72 | 85.72 | // |
| 2021-03-16 | WDL108 - WITHDRAWAL-TKCCANTEEN | | -60.00 | MY CONNECTION HUB | 25.72 | 25.72 | // |

**AMOUNT OF HOLD:** 0.00

**ENDING BALANCE:** 25.72

**ENDING AVAILABLE FUNDS:** 25.72

105.00
130.72 ?

59.89 - Video
10.00 Cash
30.00 Food ?
99.89

4-6-21 [illegible] check to bank



# MN DHS-Direct Care and Treatment

## Avatar CFMS ACCOUNT STATEMENT

*ALL TRANSACTIONS FROM 1/31/2021 TO 2/28/2021*

Report Developed By: YMA

**ACCT NUMBER:** 12399P6 **ACCT STATUS:** Open **ACCT TYPE:** Personal

**ACCT DESC:** MSOP **ACCT END DATE:** **ACCT CLOSED DESC:**

**CLIENT NAME:** Nicolaison,Wayne Carl **INTEREST TYPE:** INTEREST BEARING

**LOCATION:** MSOP 6-FO02-UNIT B-ML **BEGINNING BALANCE:** 0.58

| DATE | | DEPOSITS AND CREDITS | WITHDRAWAL | PAYEE<br>TRANSACTION DETAILS | BALANCE | AVAILABLE BALANCE | CHECK #<br>RECEIPT #<br>WITHDRAWAL # |
|---|---|---|---|---|---|---|---|
| 2021-02-02 | WDL104 - WITHDRAWAL-POSTAGE | | -0.51 | POSTAGE | 0.07 | 0.07 | // |
| 2021-02-04 | DEP102 - DEPOSIT-CHECK | 105.00 | | ST OF MN GA CK | 105.07 | 105.07 | /81892912/ |
| 2021-02-09 | WDL104 - WITHDRAWAL-POSTAGE | | -0.51 | POSTAGE | 104.56 | 104.56 | // |
| 2021-02-09 | WDL104 - WITHDRAWAL-POSTAGE | | -0.51 | POSTAGE | 104.05 | 104.05 | // |
| 2021-02-09 | WDL104 - WITHDRAWAL-POSTAGE | | -0.51 | POSTAGE | 103.54 | 103.54 | // |
| 2021-02-09 | WDL108 - WITHDRAWAL-TKCCANTEEN | | -60.00 | MY CONNECTION HUB ML | 43.54 | 43.54 | // |
| 2021-02-10 | WDL102 - WITHDRAWAL-CHECK | | -38.45 | JACK L MARCUS<br>PAYMENT | 5.09 | 5.09 | 188849// |
| 2021-02-11 | WDL104 - WITHDRAWAL-POSTAGE | | -0.51 | POSTAGE | 4.58 | 4.58 | // |

**AMOUNT OF HOLD:** 0.00

**ENDING BALANCE:** 4.58

**ENDING AVAILABLE FUNDS:** 4.58

W-11Gw Hurst

26.89
~~20.00~~ cash
~~46.89~~
10.00 cash
60.00 store
$96.89

105.00
109.58 - 51.marcus
14.70
124.33
96.89
$ 27.44