UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

RECEIVED BY MAIL JUL 02 2021 CLERK U.S. DISTRICT COURT MINNEAPOLIS MINNESOTA

Wayne Nicolaison,

    Plaintiff,

vs.

Nancy Johnston,

    Defendant.

D.C. File No. 21-CV-01417(PJS-ECW)

**PLAINTIFF NICOLAISON'S MOTION TO PROCEED IN FORMA PAUPERIS.**

## MOTION

COMES NOW the above named Plaintiff Nicolaison moves in this Court based upon the accompanying In forma Pauperis declaration, for Order granting to proceed in forma pauperis in this matter, thus Ordering the filing of the complaint with exhibits and Order directing the Office of the U.S. Marshall to serve copy of the Complaint and exhibits upon Defendant Johnston, whose office is located at 444 Layfette Road St. Paul, MN. 55767.

                                          Respectfully Submitted,

Dated: 6-24-21

                                          /s/ Wayne Nicolaison
                                          Wayne Nicolaison
                                          Petitioner/ Pro se
                                          1111 HWY 73
                                          Moose Lake, MN. 55767

SCANNED JUL 02 2021 U.S. DISTRICT COURT MPLS