RECEIVED BY MAIL
JUL 02 2021
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

Wayne Nicolaison,

    Plaintiff,

vs.

Nancy Johnston,

    Defendant.

D.C. File No. 21-cv-01417-(PJS-ECW)

**PLAINTIFF NICOLAISON'S MOTION FOR APPOINTMENT OF COUNSEL.**

## MOTION

COMES NOW the above named Plaintiff Wayne Nicolaison and moves in this Court for Order granting Motion for the appointment of counsel.

This Motion is based and supported upon the Informa Pauperis declaration and the Complaint with exhibits.

Dated: 6-24-21

Respectfully Submitted,

Wayne Nicolaison
Pro Se
1111 HWY 73
Moose Lake, MN. 55767

SCANNED
JUL 02 2021
U.S. DISTRICT COURT MPLS