United States District Court
Office of the Clerk
U.S Court House, Suite 202
300 South Fourth Street
Minneapolis, MN. 55415

June 22, 2021

Dear Clerk,

Re: Nicolaison v Johnston
    File No. 21-cv-01417-PJS-ECW

   Minnesota Sex Offender Program does not consider your office, as addressing the Court Constitutionally as privileged mail, for that reason I am not entitled to seal the envelope as private communications. So, it the envelope has not been sealed and the filings are not enclosed, you know why.

   I received the Notice of Filing today from your office. It appears you want me to remit a Summons and Marshall forms for service?

I filed 2 copies of the Complaint with exhibits in support. 1 for your office and 1 for service by the Marshalls.

I enclose as I believe I am instructed a SUMMONS and Marshall forms. The reason I didn't submit the Marshall form., was in the past, the court would send to me the form and instruct me to file it. I just happen to have a Marshall form to remit to you.

Please find here-in a Marshall form for service of the complaint and exhibits upon Defendant Johnston.

And a SUMMONS.

Thank You,

Wayne Nicolaison
Plaintiff/ Pro se
1111 Hwy 73
Moose Lake, MN. 55767

RECEIVED BY MAIL
JUL 02 2021
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
JUL 02 2021
U.S. DISTRICT COURT MPLS.