

# UNITED STATES
# DISTRICT COURT
# DISTRICT OF MINNESOTA

| | | | |
|---|---|---|---|
| **Warren E. Burger Federal Building and U.S. Courthouse** | **Diana E. Murphy U.S. Courthouse** | **Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse** | **Edward J. Devitt U.S. Courthouse and Federal Building** |
| 316 North Robert Street Room 100 St. Paul, MN 55101 | 300 South Fourth Street Room 202 Minneapolis, MN 55415 | 515 West First Street Duluth, MN 55802 | 118 South Mill Street Fergus Falls, MN 56537 |

July 12, 2021

Wayne Nicolaison
MSOP
1111 Hwy 73
Moose Lake, MN 55767

Case Number: 21-cv-1417 PJS/ECW
Case Title: Nicolaison v. Johnston

Re: Your letter to Clerk filed 7/2/2021

Dear Wayne Nicolaison:

Your Application to Proceed in Forma Pauperis is still pending.  You do not need to submit a U.S. Marshal Service Form unless our office sends you a letter requesting that.

We have enclosed information sheet #3 *IFP (In Forma Pauperis) Status for Non-Prisoners* for to assist you.

KATE M. FOGARTY, CLERK