United States District Court
District of Minnesota
Office of the Clerk
U.S. Courthouse, Suite 202
300 South Fourth Street
Minneapolis, MN. 55415

Monday, August 16, 2021

Dear Clerk,

Re: Nicolaison v Johnston
File no. 0-21-cv-01217-PJS-FCW

I received from your office a copy of an e-mail regarding the status of the above entitled matter. It constitutes a 1983 complaint concerning unconstitutional censorship by policy imposed by Defendant Johnston.

Upon the filing of the complaint, which I also included a U.S Marshall form for service of the complaint upon Defendant Johnston, as well as a Motion with supporting affidavit and institutional patient accounting records and with motion to proceed in forma pauperis.

Your office then indicated in a letter to me, that the complaint had in fact been filed, but the Court had not yet granted the in forma pauperis and therefore you returned to me the Marshall form for service, until such time as the court granted in forma pauperis.

So, as you can see in your most recent memo [received today] that the **Unexecuted Summons,** that you returned to me, I presume was not served.

I understood by your previous communications to me, that once the Court granted the in forma pauperis, the Marshall's Office would then serve the complaint starting the suit. I received no Order for the granting of the Motion for In forma pauperis to this date. And I presumed that since you returned the original Marshall form for service, that you would provide the form to the Marshall's office. You gave me no information as to I would need to do anything, but to await the court's Order granting informa pauperis which would then include service of the Complaint.

If you have instructions to the contrary, please send me a copy, because I have not received any information that instructs me of a different means of service.

I, question this unusual procedure because I have never faced such a mess. I wonder if I am being denied a trial because the Complaint itself supports relief, which apparently the

RECEIVED BY MAIL
AUG 19 2021
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
AUG 19 2021
U.S. DISTRICT COURT MPLS

government wishes to deprive me of my Constitutional Right to relief of a violation of the right to receive media.

Please tell me just what is going on with this action.

Sincerely,

*Wayne Nicolaison*
Wayne Nicolaison
Plaintiff/ Pro se
1111 HWY 73
Moose Lake, MN. 55767