

# UNITED STATES
# DISTRICT COURT
# DISTRICT OF MINNESOTA

| **Warren E. Burger Federal Building and U.S. Courthouse** | **Diana E. Murphy U.S. Courthouse** | **Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse** | **Edward J. Devitt U.S. Courthouse and Federal Building** |
|---|---|---|---|
| 316 North Robert Street Room 100 St. Paul, MN 55101 | 300 South Fourth Street Room 202 Minneapolis, MN 55415 | 515 West First Street Duluth, MN 55802 | 118 South Mill Street Fergus Falls, MN 56537 |

August 23, 2021

Wayne Nicolaison
MSOP
1111 Hwy 73
Moose Lake, MN 55767

Case Number: 21-cv-1417 PJS/ECW
Case Title: Nicolaison v. Johnston

Re: Your letter dated August 16, 2021

Dear Wayne Nicolaison:

We received your letter expressing concern about the summons returned *unexecuted*. The clerk's office (via the U.S. Marshal Service) will attempt to effect service on the defendant a second time.

Based on your letter, you never received a copy of the order granting your application for in forma pauperis status, so we are enclosing another copy.

KATE M. FOGARTY, CLERK
clk

Encl: Order (Doc #11)