United States District Court
Office of the Clerk
316 North Robert Street
St. Paul, MN. 55101

RECEIVED BY MAIL
AUG 30 2021
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

Dated: 8/24/21

Dear Clerk,

Re: Nicolaison v Johnston # 21-cv-1417 (PJS/WCW)

   I have receive numerous letters of instruction from the Clerk in regard to the filing of this 42 USC 1983.

   I initially filed with the Court 2 complaints, with 13 exhibits in support, that included the video "Country Music" that is the subject of the constitutional complaint.

I had included a Marshall Form for service, as well. The Marshall form was returned along with a July 12, 2021 letter from you saying "Your application to Proceed in Forma Pauperis is still pending… You do not need to submit a U.S Marhall Service Form unless our office sends you a letter requesting that."

I next received an Order signed by Magistrate Elizabeth Cowan Wright dated July 29, 2021, that the Court had Granted in forma pauperis, and denying Appointment of Counsel.

In a notice of electronic filings of June 17, 2021, indicated that "No Summons" had been requested. I did in fact submit a Summons with the original filings to the Court. [See: enclosed copies of filings].

I am including another clean copy of the summons for service.

Until the complaint is served by the Marshall, I am unable to proceed for relief. I am having a hard time understanding what the problems are? The fact that I am acting pro see, in the past the Court would assist in perfecting the service, such as creating the SUMMONS, and mail the Marshall form for service. As I indicated, I did include a Marshal Form with the filing of which was returned, with direction that until your office sent to me a Marshall form, it would not be served.

Will you please have the complaint and it's attached exhibits in support. I sent **2 copies of** the complaint with the exhibits to your office, One was intended to be served by the Marshalls upon Defendant Johnston, and the other was for the Court files.

SCANNED  CK
AUG 30 2021
U.S. DISTRICT COURT ST. PAUL

I would have called you, but the institution telephone service here, is automated, and will not put through to an automated answering service, which I believe is intentional to deprive me my Right of access to the Court. I was told, the we must write. It is questionable as to why you and MSOP place these road blocks in our access to relief.

Sincerely,

*Wayne Nicolaison* (signature)

Wayne Nicolaison
Plaintiff Pro se
1111 HWY 73
Moose Lake, MN. 55767